TOTAL TIME: __1__ hours __5__ minutes

DATE __4/18/2008__     START TIME 2:10 pm END TIME 3:15 pm

CR. No. __06 cr 291__     DEFT # __1__

UNITED STATES OF AMERICA     §     Raymond Miller
                             §     AUSA
vs.                          §
                             §
Elvis Plisner                §     Robert Berke
                             §     Defense Counsel

## SENTENCING

☑ .... ☑ Sentencing held ☐ Sentencing continued until _____ at _____

☐ ....... Deft failed to appear, Bench warrant to issue

☑ ....... Court departs ☐ upward from the guidelines ☐ downward from the guidelines

☑ ....... __10__ month(s) imprisonment on Count(s) __1__ of (superseding/indictment/)information
and _____ month(s) imprisonment on Count(s) _____ of superseding/indictment/information

Sentence on Count(s) _____ shall run ☐ concurrently ☐ consecutively ☐ to sentence
imposed on Count(s) _____ ☐ to state sentence

☐ ...... Deft shall get credit for time served on Count(s) _____

☑ ....... Upon release the defendant shall be on supervised release for a term of __3__ years/months

☐ ....... Deft placed on probation for a period of _____ years/months on Count(s) _____
of superseding/indictment/information

☐ Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied

☐ ....... Preliminary Order of Forfeiture is outstanding.

☐ .. Final Order of Forfeiture, filed.

☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by
_____ ☐ in installments of $_____ per _____ for a total of $_____

☑ ....... A Special Assessment of ☐ $25.00 ☐ $50.00 ☑ $100.00
is imposed as to each of Count(s) __1__ for a total of $__100__ to be paid immediately

☐ ....... Court recommends incarceration at _____

☐ ....... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (halfway house)

☑ ...... Deft ordered to surrender on __8/27/08__ to ☐ U.S. Marshal ☑ institution

☑ ....... Bond ☑ continued ☐ set at $_____

☐ ....... Deft remanded to the custody of the U. S. Marshal

☐ . Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED

☑ ...... Govt's oral motion to dismiss remaining counts - ☑ GRANTED ☐ DENIED

☐ .... PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO

☐ ....... Deft shall participate in the 500 hour drug rehabilitation treatment program.

☐ ' ......

_____

_____

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

**CONDITIONS OF** ☑ **SUPERVISED RELEASE** ☐ **PROBATION:**

☑ . . . . . Mandatory Conditions: 1, 2, 4, 6, 8 ☑ Standard Conditions

☑ . . . . . Deft shall pay restitution in the amount of $ 202,000 payable at the rate of $ 250 per month ☑ payable to *Connecticut Laborers Fund*

☐ . . . . . Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's period of ☐ supervised release ☐ probation ☐ on a schedule to be determined by USPO.

☐ . . . . . Deft shall obtain a psychiatric and/or psychological evaluation and/or ☐ in-patient ☐ out-patient counseling as deemed necessary by USPO.

☑ . . . . . Deft shall obtain substance abuse treatment and/or ☑ in-patient ☑ out-patient counseling as deemed necessary by USPO.

☑ . . . . . Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by probation.

☐ . . . . . Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.

☐ . . . . . Deft. shall receive educational and/or vocational training as deemed necessary by USPO.

☐ . . . . . Deft shall pay the cost of supervision of $_____ per month.

☐ . . . . . Deft shall perform community service for a period of _____ hours per week for _____ year(s) for a total of _____ hours.

☐ . . . . . Deft shall obtain and maintain full employment.

☐ . . . . . Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind.

☑ . . . . . Deft is confined to his/her home for a period of 5 months ☑ with electronic monitoring ☐ without electronic monitoring.

☑ . . . . . Deft shall pay the costs of electronic monitoring.

☐ . . . . . Deft is sentenced to community confinement (Halfway House) for a period of _____ months.

☐ . . . . . During the period of house arrest the deft shall be home at all times except for employment, religious obligations, medical attention, and community service. Deft shall engage in no social activities with the exception of those exclusively family oriented.

☐ . . . . . Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature.

☐ . . . . . If Deft. Is deported, (s)he will not reenter the United States without obtaining advance written permission from the United States Attorney General and without giving advance written notice to the United States Attorney's Office in Connecticut and the United States Probation Office in Connecticut.

☑ . . . . . Deft. shall not incur new credit card charges or open additional lines of credit without the permission of the deft.'s probation officer until the deft.'s criminal debt obligation is paid.

☑ Deft. shall provide the probation officer w/ access to requested financial info.

☑ Deft. shall not possess a firearm or other dangerous weapon